STATE of Missouri, Respondent,

v.

Chelsea D. MOORE, Appellant.

WD 80224

Missouri Court of Appeals, Western District.

Filed: December 19, 2017

Christian Lehmberg, Columbia, for appellant.

Mary H. Moore, Jefferson City, for respondent.

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Alok Ahuja, Judges

ORDER

Per Curiam

Chelsea Moore appeals from her conviction for possession of a controlled substance. Upon review of the briefs and the record, we find no error and affirm the conviction. Because a published opinion would serve no jurisprudential purpose, we have provided the parties with a Memo-

randum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b)